IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHELLE M. REED and JULIA K. MCLINDEN, individually and on behalf of a collective of persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METHODIST HEALTH SERVICES CORPORATION, an Illinois Corporation, d/b/a UNITYPOINT HEALTH - PEKIN HOSPITAL, UNITYPOINT HEALTH - METHODIST HOSPITAL & UNITYPOINT HEALTH – PROCTOR HOSPITAL; and PROGRESSIVE HEALTH SYSTEMS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 19-cv-01412-JES-JEH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA CLAIMS AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Michelle M. Reed and Julia K. McLinden, by their undersigned counsel, jointly and in agreement with Defendants, Methodist Health Services Corporation, an Illinois Not-for-Profit Corporation, and Progressive Health Systems, an Illinois Not-for-Profit Corporation, by their undersigned counsel, submit this Motion for Approval of Settlement, Attorneys' Fees and Costs, and dismissal with prejudice, and in support hereof, state as follows:

1. As a result of extensive arms-length negotiations, the parties were able to reach a Confidential Settlement Agreement and Release in Full resolving all claims between the parties.

2. As an action under the FLSA, Courts in this district have held that a settlement agreement should be approved by the Court. See, *Rambo v. Global Diversified,* 2021 U.S. Dist. LEXIS 14262 (C.D. Ill., Jan. 26, 2021).

3. Therefore, the parties seek the Court's approval of the terms of their settlement.

4. Paragraph 6.1 of the Parties' Settlement Agreement and Release in Full includes a comprehensive confidentiality provision which prohibits the parties from disclosing the contents of the Agreement.

5. The parties have filed a Joint Motion to Seal the Confidential Settlement Agreement and Release in Full and a draft Order granting this motion. Pursuant to Local Rule 5.10(A)(2), a copy of the Confidential Settlement Agreement and Release in Full was electronically filed using the separate docket entry event "Sealed Documents," in order to allow the Court to make a proper assessment of the Motion to Approve Settlement, while at the same time preserving the confidentiality of the settlement as negotiated by the parties.

6. The parties request that the Court's Order to the Motion to Approve Settlement not include any specific terms (e.g., settlement amounts or attorneys' fees), of the Confidential Settlement Agreement and Release in Full.

7. The Parties' joint memorandum in support of this motion is filed contemporaneously herewith.

WHEREFORE, the parties move jointly for the approval of their Confidential Settlement Agreement and Release in Full, pursuant to the proposed order submitted contemporaneously herewith.

Respectfully Submitted,

/s/ Jeffrey Grant Brown *(w/consent)*
Jeffrey Grant Brown, Esq.
65 W. Jackson Blvd., Suite 107
Chicago, IL 60604
Phone: 312.789.9700
jeff@JGBrownlaw.com

/s/ Carl Reardon  *(w/consent)*
Carl Reardon, Esq.
120 Illini Drive
East Peoria, IL 61611
Phone: 309.699.6767
carlreardon@comcast.net

/s/ Brian M. Smith
Brian M. Smith, Esq.
Heyl, Royster, Voelker & Allen
301 N. Neil St., Suite 505
Champaign, IL 61820
Phone: 217.344.0060
bsmith@heylroyster.com

*Attorneys for Defendants*

/s/ Carol Coplan Babbitt  *(w/consent)*
Carol Coplan Babbitt, Esq.
Law Offices of Carol Coplan Babbitt
35 E. Wacker Drive, Suite 650
Chicago, IL 60601
Phone: 312.435.9775
carol@ccbabbittlaw.com

*Attorneys for Plaintiffs*

## PROOF OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the foregoing JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA CLAIMS AND ORDER OF DISMISSAL WITH PREJUDICE, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey Grant Brown, Esq. – jeff@JGBrownlaw.com; jgbrownlaw@sbcglobal.net
Jeffrey Grant Brown, P.C.
65 W. Jackson Blvd., Suite 107
Chicago, IL 60604

Mr. Carl Reardon, Esq. – carlreardon@comcast.net
120 Illini Drive
East Peoria, IL 61611

Carol Coplan Babbitt, Esq. – carol@ccbabbittlaw.com
Law Offices of Carol Coplan Babbitt
35 E. Wacker Drive, Suite 650
Chicago, IL 60601

I also hereby certify that I have mailed, by United States Postal Service, the foregoing to the following non-CM/ECF participant: None.

s/Brian M. Smith
Heyl, Royster, Voelker & Allen

39357274_2